

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-13-00596-CR

Mario Josue **QUINTERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-07-10748-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due July 21, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court